**Electronically Filed
Supreme Court
SCWC-18-0000099
19-MAR-2024
11:25 AM
Dkt. 45 OGAC**

SCWC-18-0000099

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILMINGTON SAVINGS FUND SOCIETY, FSB,
DOING BUSINESS AS CHRISTINA TRUST,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS TRUSTEE FOR BCAT 2015-14BTT,
Respondent/Plaintiff-Appellee,
vs.
ISABELO PACPACO DOMINGO and MICHELE ELANOR DOMINGO,
Petitioners/Defendants-Appellants,
and
BANK OF AMERICA, N.A. and HALEWILI PLACE COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000099 and CAAP-18-0000712; CIV. NO. 3CC13100202K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins JJ., and
Circuit Judge Remigio, in place of Ginoza, J., recused,
and Circuit Judge Souza, in place of Devens, J., recused)

The application for writ of certiorari filed on January 26, 2024, by Petitioners/Defendants-Appellants Isabelo Pacpaco Domingo and Michele Elanor Domingo is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, March 19, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Catherine H. Remigio

/s/ Kevin A. K. Souza

